The Honorable Robert S. Lasnik

1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                        **WESTERN DISTRICT OF WASHINGTON**

10

11
EMPLOYEES' RETIREMENT SYSTEM          No. 2:18-cv-01447-RSL
12   OF THE CITY OF BATON ROUGE AND
PARISH OF EAST BATON ROUGE,           CLASS ACTION
13   individually and on behalf of all others
similarly situated,                   **STIPULATED MOTION AND**
14                                       ~~[PROPOSED]~~ **ORDER REGARDING**
                   Plaintiff,          **SERVICE AND DEFERRING TIME TO**
15                                       **RESPOND TO COMPLAINT**
       v.
16                                       NOTE ON MOTION CALENDAR:
IMPINJ, INC., CHRIS DIORIO, EVAN      October 22, 2018
17   FEIN, and ERIC BRODERSEN,

18                   Defendants.

19

20

21

22

23

24

25

26

BYRNES KELLER CROMWELL LLP
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
Telephone: (206) 622-2000

1      In accordance with Civil Local Rules 7(d)(1) and 10(g), Plaintiff and proposed Lead

2    Plaintiff Employees' Retirement System of the City of Baton Rouge and Parish of East Baton

3    Rouge ("Plaintiff") and Defendants Impinj, Inc., Chris Diorio, Evan Fein and Eric Brodersen

4    ("Defendants" and collectively with Plaintiff, the "Parties"), by and through their undersigned

5    counsel, hereby stipulate and agree to the following matters:

6      WHEREAS, on August 7, 2018, plaintiff Drew S. Schultz filed a securities class action

7    against Impinj, Inc., Chris Diorio, and Eric Broderson in the U.S. District Court for the Central

8    District of California captioned *Schultz v. Impinj, Inc.*, No. 2:18-cv-06765-DSF-SS (C.D. Cal.)

9    ("*Schultz*");

10     WHEREAS, *Schultz* was subject to the Private Securities Litigation Reform Act of 1995

11   ("PSLRA"), 15 U.S.C. § 78u-4, which, among other things, provides for a specific process for

12   the publication of notice of the pendency of the action as well as for the appointment of Lead

13   Plaintiff and Lead Counsel;

14     WHEREAS, in accordance with the PSLRA, counsel for plaintiff in *Schultz* published

15   notice of the pendency of *Schultz* on August 7, 2018;

16     WHEREAS, pursuant to Section 21D(a)(3)(A) of the Securities Exchange Act of 1934,

17   15 U.S.C. § 78u-4(a)(3)(A), as amended by the PSLRA, the publication of notice of the

18   pendency of *Schultz* set the deadline for any Class member to move for appointment as Lead

19   Plaintiff on or before October 9, 2018;

20     WHEREAS, on August 27, 2018, plaintiff Richard Montemarano filed a securities class

21   action against Defendants in this District captioned *Montemarano v. Impinj, Inc.*, No. 3:18-cv-

22   05704-RSL (W.D. Wash.) ("*Montemarano*");

23     WHEREAS, on August 27, 2018, in accordance with the PSLRA, counsel for Mr.

24   Montemarano published notice of the pendency of *Montemarano* and reiterated that the deadline

25   to seek appointment as Lead Plaintiff was on or before October 9, 2018, *i.e.*, 60 days from the

26   publication of notice of *Schultz*;

STIPULATION AND [PROPOSED] ORDER
REGARDING SERVICE AND DEFERRING
TIME TO RESPOND TO COMPLAINT                    -1-
(Case No. 2:18-cv-01447-RSL)

BYRNES KELLER CROMWELL LLP
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
Telephone: (206) 622-2000

1            WHEREAS, on October 2, 2018, Plaintiff filed the above-captioned securities class

2  action against Defendants ("*Baton Rouge*");

3            WHEREAS, on October 2, 2018, in accordance with the PSLRA, counsel for Plaintiff

4  published notice of the pendency of *Baton Rouge* and reiterated the October 9, 2018 deadline to

5  seek Lead Plaintiff status;

6            WHEREAS, on October 3, 2018, *Schultz* was voluntary dismissed;

7            WHEREAS, on October 9, 2018, three movants, including Plaintiff, filed motions

8  seeking appointment as Lead Plaintiff and for approval of their selection of counsel;

9            WHEREAS, pursuant to the PSLRA, the Court is to appoint a Lead Plaintiff and approve

10  the Lead Plaintiff's selection of Lead Counsel, 15 U.S.C. § 78u-4(a)(3)(B);

11           WHEREAS, the Parties anticipate that, after the appointment of Lead Plaintiff and

12  approval of Lead Plaintiff's selection of Lead Counsel, Lead Plaintiff will file a consolidated

13  complaint;

14           WHEREAS, in the interests of judicial economy and preserving the resources of the

15  Parties and the Court, the Parties agree and respectfully submit to the Court that no answer,

16  motion, or other response to the *Baton Rouge* complaint should be due until after the Court

17  appoints a Lead Plaintiff and approves the Lead Plaintiff's selection of Lead Counsel, and Lead

18  Plaintiff has had the opportunity to file a consolidated complaint; and

19           WHEREAS, there have been no requests for an extension of time previously made in this

20  matter.

21           NOW, THEREFORE, the Parties hereby stipulate and agree as follows, and respectfully

22  request that the Court enter the [Proposed] Order Regarding Service and Deferring Time to

23  Respond to Complaint:

24         1.     Undersigned counsel for Defendants is authorized to waive, and hereby waives,

25  service of the summons and Complaint in *Baton Rouge*, without waiving any of Defendants'

26  rights or defenses other than with respect to sufficiency of service of process.

STIPULATION AND [PROPOSED] ORDER
REGARDING SERVICE AND DEFERRING
TIME TO RESPOND TO COMPLAINT       -2-
(Case No. 2:18-cv-01447-RSL)

BYRNES KELLER CROMWELL LLP
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
Telephone: (206) 622-2000

1        2.     In the interests of judicial economy and preserving the resources of the Parties and

2   the Court, the Parties agree that no answer, motion, or other response to the *Baton Rouge*

3   complaint shall be due until after the Court appoints a Lead Plaintiff and approves the Lead

4   Plaintiff's selection of Lead Counsel, and Lead Plaintiff has had the opportunity to prepare a

5   consolidated complaint.

6        3.     Defendants shall meet and confer with Lead Plaintiff within fourteen (14) days

7   after the Court issues a decision appointing a Lead Plaintiff and approves the selection of Lead

8   Counsel to discuss a schedule for the filing of any consolidated complaint and Defendants'

9   response thereto.

10        4.     Defendants and Lead Plaintiff shall promptly thereafter submit a proposed

11   schedule for the filing of any consolidated complaint and Defendants' response thereto.

12        5.     No party is waiving any rights, claims, or defenses of any kind except as expressly

13   stated herein.

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER
REGARDING SERVICE AND DEFERRING
TIME TO RESPOND TO COMPLAINT     -3-
(Case No. 2:18-cv-01447-RSL)

BYRNES KELLER CROMWELL LLP
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
Telephone: (206) 622-2000

1 | Dated: October 22, 2018

Respectfully submitted,

2 | **BYRNES KELLER CROMWELL LLP**

3 | */s/ Bradley S. Keller*
Bradley S. Keller, WSBA# 10665

4 | 1000 Second Avenue, 38th Floor
Seattle, Washington 98104

5 | Telephone: (206) 622-2000
Facsimile: (206) 622-2522

6 | bkeller@byrneskeller.com

7 | *Liaison Counsel for Plaintiff and Proposed
Lead Plaintiff Employees' Retirement*

8 | *System of the City of Baton Rouge and
Parish of East Baton Rouge*

9 |

10 | **BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP**

11 | Avi Josefson (*pro hac vice*)
Michael D. Blatchley (*pro hac vice*)

12 | 1251 Avenue of the Americas
New York, New York 10020

13 | Telephone: (212) 554-1400
Facsimile: (212) 554-1444

14 | avi@blbglaw.com
michaelb@blbglaw.com

15 |

16 | *Counsel for Plaintiff and Proposed Lead
Plaintiff Employees' Retirement System of
the City of Baton Rouge and Parish of East*

17 | *Baton Rouge and Proposed Lead Counsel
for the Class*

18 | Dated: October 22, 2018

Respectfully submitted,

19 |

20 | **WILSON SONSINI GOODRICH
& ROSATI, P.C.**

21 | */s/ Gregory L. Watts*
Barry M. Kaplan, WSBA #8661

22 | Gregory L. Watts, WSBA #43995
701 Fifth Avenue, Suite 5100

23 | Seattle, WA 98104-7036
Telephone: (206) 883-2500

24 | Facsimile: (206) 883-2699
bkaplan@wsgr.com

25 | gwatts@wsgr.com

26 | *Attorneys for Defendants Impinj, Inc., Chris
Diorio, Evan Fein and Eric Brodersen*

STIPULATION AND [PROPOSED] ORDER
REGARDING SERVICE AND DEFERRING
TIME TO RESPOND TO COMPLAINT
(Case No. 2:18-cv-01447-RSL)

-4-

1

## **ORDER**

2

3    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

4

5    Dated: Oct. 24, 2018

6    _____

7    HONORABLE ROBERT S. LASNIK
     UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER
REGARDING SERVICE AND DEFERRING
TIME TO RESPOND TO COMPLAINT              -5-
(Case No. 2:18-cv-01447-RSL)

BYRNES KELLER CROMWELL LLP
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
Telephone: (206) 622-2000