1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9
10
11
12
13
14

RICHARD MONTEMARANO,

                    Plaintiff,

        v.

IMPINJ, INC., *et al.*,

                    Defendants.

No. C18-5704RSL

15
16
17
18
19
20
21

EMPLOYEES' RETIREMENT SYSTEM
OF THE CITY OF BATON ROUGE
AND PARISH OF EAST BATON
ROUGE,

                    Plaintiff,

        v.

IMPINJ, INC., *et al.*

                    Defendants.

No. C18-1447RSL

ORDER APPOINTING LEAD
COUNSEL AND
CONSOLIDATING CASES

22
23
24
25
26

        This matter comes before the Court on the motions filed by Foo Kwan and

Employees' Retirement System of the City of Baton Rouge and Parish of East Baton

Rouge ("Baton Rouge") for appointment as lead plaintiff, approval of the selection of

lead counsel, and consolidation of related actions. Defendants take no position on the

designation of lead plaintiff or lead counsel, but oppose the appointment of co-lead plaintiffs or counsel. Having considered the memoranda, declarations, and exhibits submitted by the parties,[1] the Court finds as follows:

(1) Pursuant to 15 U.S.C. §78u-4(a)(3)(A), Mr. Kwan and Baton Rouge filed timely applications to be appointed lead plaintiff. One other potential class member applied to be lead plaintiff, but subsequently withdrew the application.

(2) The Court finds that Baton Rouge, which has the largest financial interest in the relief sought by the class, also satisfies the other requirements of 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I) and is the most adequate plaintiff to prosecute the asserted claims. Mr. Kwan has not identified any reason to believe that Baton Rouge will not fairly represent the interests of all absent class members. His request for appointment as co-lead plaintiff is denied.

(3) Baton Rouge has selected the law firm of Bernstein Litowitz Berger & Grossman LLP to be Lead Counsel and the law firm of Byrnes Keller Cromwell LLP to act as Liaison Counsel. Lead plaintiff's selections are approved.

(4) Pursuant to Fed. R. Civ. P. 42(a), <u>Montemarano v. Impinj, Inc.</u>, C18-5704RSL, and <u>Employees' Retirement System of the City of Baton Rouge and Parish of East Baton Rouge v. Impinj, Inc.</u>, C18-1447RSL, are hereby consolidated. The consolidated action shall be maintained under cause number C18-5740RSL. All future filings shall used the following caption:

---

[1] This matter can be decided on the papers submitted. Baton Rouge's request for oral argument is therefore DENIED.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re Impinj, Inc., Securities Litigation.　　　　　No. C18-5704RSL

(5) If an amended complaint is necessary to delineate the class period at issue in the consolidated action, it shall be filed within fourteen days of the date of this Order.

For all of the foregoing reasons, Baton Rouge's motions for appointment as lead plaintiff (Dkt. # 5 in C18-5704RSL and Dkt. # 10 in C18-1447RSL) are GRANTED and Mr. Kwan's motion (Dkt. # 10 in C18-5704) is DENIED. The law firm of Bernstein Litowitz Berger & Grossman LLP is hereby appointed as Lead Counsel and the law firm of Byrnes Keller Cromwell LLP is hereby appointed as Liaison Counsel. The Clerk of Court is directed to close C18-1447RSL.

Dated this 14th day of January, 2019.

*Mr S Lasnik*

Robert S. Lasnik
United States District Judge

ORDER STAYING INITIAL DISCLOSURE REQUIREMENT 3